UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| AMANDA M. GONZALEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>STRATEGIC EDUCATION LOAN FUND, LLC,<br><br>*Defendant*. | §§§§§§§§§  EP-22-CV-00037-DCG |

### ORDER DISMISSING CASE

Before the Court is Plaintiff Amanda M. Gonzalez's "Notice of Voluntary Dismissal with Prejudice" (ECF No. 8), filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Amanda M. Gonzalez in this action against Defendant Strategic Education Loan Fund, LLC are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorney fees.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 2nd day of May 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE